PRESCOTT JENNINGS, JR., et al., Respondents, v. HIGH FARMS COR-PORATION et al., Appellants, et al., Defendants.   (And Another Action.) —

Ughetta, Acting P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.